AO 199A (Rev. 06/19) Order Setting Conditions of Release                                          Page 1 of 1 Pages

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO
AUG 27 2025
MITCHELL R. ELFERS
CLERK OF COURT

United States of America )
v. )
) Case No. 25-MJ-3439
German Ortiz-Santillano )
)
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: Preliminary Hearing - 100 N. Church Street, Las Cruces, NM
*Place*

At said hearing, the court will review the Pretrial Services Report and will outline additional conditions of release.

on 9/2/2025 9:00 am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.


*[signature]*

BARBARA S. EVANS
UNITED STATES MAGISTRATE JUDGE